B18 (Official Form 18)(12/07)

**United States Bankruptcy Court**
**Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Ararat Vardanyan

**BANKRUPTCY NO.** 2:10−bk−39176−BB

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−9692
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 11/17/10

**Address:**
PO Box 776
Tujunga, CA 91043−0776

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: November 17, 2010

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30                                                                                                    9 − 4 / SMZ

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: smilanoC              Page 1 of 2                   Date Rcvd: Nov 17, 2010
Case: 10-39176                 Form ID: b18                Total Noticed: 36
```

The following entities were noticed by first class mail on Nov 19, 2010.
```
db              Ararat Vardanyan,    PO Box 776,    Tujunga, CA  91043-0776
smg             Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                 Sacramento, CA  94280-0001
smg             Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
26922604        Creditone Llc,    PO Box 625,    Metairie, LA 70004-0625
26922605       +Discover,    C/O Mann & Bracken,    28632 ROadside Drive Suite 265,    Agoura Hills, CA 91301-6300
26922608        Equifax,    PO Box 144717,    Orlando, FL 32814-4717
26922609        Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
26922610        Experian,    NCAC,    PO Box 9556,    Allen, TX 75013-9556
26922611        Experian,    Profile Management,    PO Box 9558,    Allen, TX 75013-9558
26922617       +John Pugh, Esq.,    3539 Bradshaw Road,    Sacramento, CA 95827-3381
26922618        Lhr Inc,    56 Main St,    Hamburg, NY 14075-4905
26922620        Natlamerican,    1 Allied Dr,    Trevose, PA 19053-6945
26922621        Professional Collectio,    PO Box 45274,    Los Angeles, CA 90045-0274
26922624       +Trans Union Corporation,    ATTN: Public Records Department,    555 W Adams St,
                 Chicago, IL 60661-3631
26922625        Transunion Consumer Relations,    PO Box 2000,    Crum Lynne, PA 19022
```
The following entities were noticed by electronic transmission on Nov 18, 2010.
```
tr             +EDI: QAHSIEGEL.COM Nov 18 2010 00:53:00      Alfred H Siegel (TR),
                 Siegel, Gottlieb, Mangel & Levine,    15233 Ventura Blvd., 9th Floor,
                 Sherman Oaks, CA 91403-2250
smg             EDI: EDD.COM Nov 18 2010 00:53:00       Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Nov 18 2010 02:23:00       Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
                 Sacramento, CA  95812-2952
26922597        EDI: ARROW.COM Nov 18 2010 00:53:00       Arrow Financial Servic,    5996 W Touhy Ave,
                 Niles, IL 60714-4610
26922598        EDI: ACCE.COM Nov 18 2010 00:53:00       Asset Acceptance Llc,    PO Box 2036,
                 Warren, MI 48090-2036
26922599        EDI: CHASE.COM Nov 18 2010 02:23:00       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
26922600        EDI: CHASE.COM Nov 18 2010 02:23:00       Chase,    Bank One Card Serv,    Westerville, OH 43081
26922601        EDI: CHASE.COM Nov 18 2010 02:23:00       Chase - Cc,    PO Box 15298,    Wilmington, DE 19850-5298
26922602        EDI: CITICORP.COM Nov 18 2010 00:53:00       Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
26922603        EDI: CITICORP.COM Nov 18 2010 00:53:00       Citibankna,    PO Box 769006,
                 San Antonio, TX 78245-9006
26922606        EDI: DISCOVER.COM Nov 18 2010 00:53:00       Discover Fin Svcs Llc,    PO Box 15316,
                 Wilmington, DE 19850-5316
26922607        E-mail/Text: BKNOTICES@EAFLLC.COM                            Equable Ascent Financi,
                 1120 W Lake Cook Rd,    Buffalo Grove, IL 60089-1970
26922612       +EDI: BANKAMER2.COM Nov 18 2010 00:53:00       Fia Csna,    PO Box 15311,    Wilmington, DE 19884-0001
26922613       +EDI: RMSC.COM Nov 18 2010 00:53:00       Gemb/jcp,    PO Box 984100,    El Paso, TX 79998-4100
26922614        EDI: RMSC.COM Nov 18 2010 00:53:00       Gemb/mervyns,    PO Box 981400,    El Paso, TX 79998-1400
26922615        EDI: RMSC.COM Nov 18 2010 00:53:00       Green Tree Servicing L,    PO Box 6172,
                 Rapid City, SD 57709-6172
26922616        EDI: HFC.COM Nov 18 2010 00:53:00       Hsbc Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
26922619        EDI: RESURGENT.COM Nov 18 2010 00:53:00       Lvnv Funding Llc,    PO Box 740281,
                 Houston, TX 77274-0281
26922622        EDI: SEARS.COM Nov 18 2010 00:53:00       Sears/cbsd,    8725 W. Sahara Ave,
                 The Lakes, NV 89163-0001
26922623        EDI: CITICORP.COM Nov 18 2010 00:53:00       Thd/cbsd,    PO Box 6497,    Sioux Falls, SD 57117-6497
26922626        EDI: WFFC.COM Nov 18 2010 00:53:00       Wells Fargo Bank,    PO Box 5445,    Portland, OR 97228-5445
26922627        EDI: WFNNB.COM Nov 18 2010 00:53:00       Wfnnb/express,    PO Box 330066,
                 Northglenn, CO 80233-8066
                                                                                               TOTAL: 22
```
```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0973-2          User: smilanoC           Page 2 of 2              Date Rcvd: Nov 17, 2010
Case: 10-39176                Form ID: b18             Total Noticed: 36
```

        ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2010**            **Signature:** _/s/ Joseph Speetjens_